UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYSTEM HEATING & AIR CONDITIONING CO., INC., | |
| Plaintiff(s), | NO. C08-1150P |
| v. | MINUTE ORDER RE: DEFAULT JUDGMENT |
| GAS PIPE COMPANY, INC., | |
| Defendant(s). | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Default was entered in this matter on December 16, 2008 (Dkt. No. 14). To date, there has been no motion for default judgment. Plaintiff is ordered to file a motion for default judgment by no later than **January 30, 2009** or show cause why the Court should not dismiss the matter on its own motion.

Filed this 20th day of January, 2009.

BRUCE RIFKIN, Clerk

By /s Mary Duett
Deputy Clerk

MINUTE ORDER