Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYSTEM HEATING & AIR CONDITIONING CO., INC. <br><br> Plaintiff, <br><br> v. <br><br> GAS PIPE COMPANY, INC.; TOP NOTCH PLUMBING AND GAS, LLC, UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, <br><br> Defendants. | No. 08-cv-1150-MJP <br><br> **ORDER GRANTING UNITED STATES' MOTION FOR SUMMARY OR IN THE ALTERNATIVE DEFAULT JUDGMENT AGAINST GAS PIPE COMPANY, INC. AND TOP NOTCH PLUMBING AND GAS, LLC** |

This interpleader action is before the Court on the United States of America's Motion for Summary or in the Alternative Default Judgment Against Gas Pipe Company, Inc. and Top Notch Plumbing and Gas, LLC. Plaintiff System Heating & Air Conditioning Co., Inc. is a mere stakeholder with no claim to the interpleaded funds, and defendants Gas Pipe Company, Inc. and Top Notch Plumbing and Gas, LLC have not responded to the complaint despite having been properly served with process. The United States' claim is based on liens against the funds for federal employment taxes. The Court finds and concludes, based on the record herein, that there is no genuine issue of material fact and the United States its is entitled to the funds as a matter of law.

///

///

///

Order

1

Accordingly, pursuant to Federal Rules of Civil Procedure 56 and 55, the United States' motion is hereby GRANTED, and it is hereby ORDERED that judgment be entered in favor of the United States.

DATED this 5th day of ___March_____, 2009.

_____
Marsha J. Pechman
U.S. District Judge

Presented by:

JEFFREY C. SULLIVAN
United States Attorney

ROBERT P. BROUILLARD, WSB #19786

/s/ Michael P. Hatzimichalis
MICHAEL P. HATZIMICHALIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1844
(202) 307-0054 (fax)

*Attorneys for the United States of America*

Order

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-1844