# United States District Court

## WESTERN DISTRICT OF WASHINGTON

SYSTEM HEATING & AIR CONDITIONING CO., INC.,

       v.

GAS PIPE COMPANY, INC.; TOP NOTCH PLUMBING
 AND GAS, LLC; UNITED STATES OF AMERICA,
 DEPARTMENT OF TREASURY, INTERNAL REVENUE
 SERVICE.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-1150

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_xx\_    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the motion of the United States for summary judgment is GRANTED, and judgment in the total amount of the interpleaded funds ($9,004.55) is entered in favor of the United States.

_____March 5, 2009_____      _____BRUCE RIFKIN_____
                                                   Clerk

                                \_\_/s Mary Duett_____
                                      By, Deputy Clerk